

**Signed and Filed: July 15, 2009**

_____
**THOMAS E. CARLSON
U.S. Bankruptcy Judge**
_____

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

In re:                                    ) Bankruptcy Case No. 09-31600
                                          ) Chapter 13
MARTIN LEE ENG,                           )
                                          )
                                          )
        Debtor.                           )
_____)

**ORDER RE DEBTOR'S MOTION TO EXTEND TIME**

On June 10, 2009, Debtor filed the above-captioned bankruptcy case. On June 18, 2009, the court entered an order (Order) requiring Debtor to file required documents within 15 days or his case would be dismissed. On June 30, 2009, Debtor filed a motion to extend time to file the required documents. Upon due consideration, the court hereby orders as follows:

(1) August 3, 2009 is the deadline for Debtor to file completed copies of **all** documents identified in the Order.

(2) If Debtor does not timely and fully and comply with paragraph (1) of this order, his bankruptcy case will be dismissed without further notice or hearing.

**\*\*END OF ORDER\*\***

```
 1                        Court Service List
 2  Martin Lee Eng
    801 Kearny St.
 3  San Francisco, CA 94108

 4  David Burchard
    393 Vintage Park Drive
 5  Suite 150
    Foster City, CA 94404
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```